respondent his true MBE score on the July 1986 bar examination, and the scores he received on the two essay booklets that were graded.

IT IS FURTHER ORDERED that, when and if respondent retakes the bar examination, he has the option to use his MBE scaled score from the July 1986 examination and retake only the essay portion of the examination or to retake both the MBE and the essay portions of the examination.

MOYER, C.J., SWEENEY, HOLMES, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., dissents, would take no action against respondent, and would declare that he passed the July 1986 Ohio bar examination.

WRIGHT, J., dissents and would issue a show cause order.

LAKE COUNTY BAR ASSOCIATION v. LILLBACK.

[Cite as Lake Cty. Bar Assn. v. Lillback (1991), 60 Ohio St. 3d 608.]

(No. D.D. 88-26—Submitted and decided April 18, 1991.)

This cause came on for further consideration upon respondent Larry G. Lillback's filing of an application for reinstatement.

The court coming now to consider its order of March 15, 1989, suspending respondent, Larry G. Lillback, from the practice of law in Ohio for a period of two years pursuant to Gov. Bar R. V(7)(c) (see 41 Ohio St. 3d 13, 535 N.E. 2d 300), finds that respondent has substantially complied with that order and with the provisions of Gov. Bar R. V(24). Therefore,

IT IS ORDERED by the court that Larry G. Lillback be, and hereby is, reinstated to the practice of law in the state of Ohio.

IT IS FURTHER ORDERED that respondent comply with the registration requirements of Gov. Bar R. VI.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF BARKAN.

[Cite as In re Resignation of Barkan (1991), 60 Ohio St. 3d 608.]

(No. 91-816—Submitted May 14, 1991—Decided May 22, 1991.)

The resignation of Yale A. Barkan as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.